**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Richard C. Dye** : | Case No. 14−10314−TPA |
| **Sandra L. Dye** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| JPMorgan Chase Bank, N.A. : | |
| *Movant,* : | Related to Claim No. 12 |
| : | |
| v. : | |
| Richard C. Dye : | |
| Sandra L. Dye : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

## ORDER

      **AND NOW**, this **26th day of April, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *JPMorgan Chase Bank, N.A.* at Claim No. 12 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 14-10314-TPA
Richard C. Dye                                                  Chapter 13
Sandra L. Dye
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy               Page 1 of 1              Date Rcvd: Apr 26, 2017
                               Form ID: 237             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
db/jdb        +Richard C. Dye,   Sandra L. Dye,   30 Aylesworth Way,   Grove City, PA 16127-3814
13906948      +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   ATTN:CORRESPONDENCE MAIL,   MAIL CODE: LA4-5555,
                700 KANSAS LANE,   MONROE, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Chester B. Scholl, Jr.    on behalf of Debtor Richard C. Dye scholl@scholl.org,    wendy@fdgs-law.com
              Chester B. Scholl, Jr.    on behalf of Joint Debtor Sandra L. Dye scholl@scholl.org,
               wendy@fdgs-law.com
              James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Keri P. Ebeck    on behalf of Creditor    U.S. Bank, N.A. kebeck@weltman.com,    jbluemle@weltman.com
              Michael Frederick Dingerdissen    on behalf of Creditor    JPMorgan Chase Bank, N.A., et. al.
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 9