FILED
4/26/17 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| RICHARD C. DYE | : | Case No. 14-10314 TPA |
| SANDRA L. DYE | : | Chapter 13 |
| *Debtors* | : | |
| | : | |
| PNC BANK, N.A. | : | |
| *Movants* | : | Related to Document No. 82 |
| | : | |
| v. | : | |
| | : | |
| RICHARD C. DYE, SANDRA L. | : | |
| DYE, and RONDA J. WINNECOUR, | : | |
| ESQ., TRUSTEE | : | |
| *Respondents* | : | |

## ORDER

*AND NOW*, this **26th** day of *April, 2017*, the Order entered on April 25, 2017 at Document No. 82, having been docketed in error, it is hereby **ORDERED, ADJUDGED and DECREED** that the Order is *VACATED* and a new Order will be issued.

_____
Thomas P. Agresti, Judge        jlm
United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Chester B. Scholl, Esq.
    James Warmbrodt, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard C. Dye
Sandra L. Dye
    Debtors

Case No. 14-10314-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: culy        Page 1 of 1        Date Rcvd: Apr 26, 2017
                           Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
db/jdb        +Richard C. Dye,   Sandra L. Dye,   30 Aylesworth Way,   Grove City, PA 16127-3814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Chester B. Scholl, Jr.    on behalf of Debtor Richard C. Dye scholl@scholl.org,   wendy@fdgs-law.com
        Chester B. Scholl, Jr.    on behalf of Joint Debtor Sandra L. Dye scholl@scholl.org,
         wendy@fdgs-law.com
        James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        Joseph P. Schalk    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pawb@fedphe.com,
         joseph.schalk@phelanhallinan.com
        Keri P. Ebeck    on behalf of Creditor    U.S. Bank, N.A. kebeck@weltman.com,   jbluemle@weltman.com
        Michael Frederick Dingerdissen    on behalf of Creditor    JPMorgan Chase Bank, N.A., et. al.
         pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                          TOTAL: 9