IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Richard C. Dye | : | Case No. 14-10314-TPA |
| Sandra L. Dye | : | Chapter 13 |
|   Debtors | : | |
| | : | Document No.: |
| JPMorgan Chase Bank, N.A. | : | |
|   Movant, | : | Related to Document No. 89 |
| | : | Related to Claim No. 12 |
| | : | |
| v. | : | |
| Richard C. Dye | : | |
| Sandra L. Dye | : | |
| Ronda J. Winnecour, Esq. Trustee | : | |
|   Respondent | : | |

**DECLARATION OF COUNSEL FOR DEBTOR AND**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

    **AND NOW** comes CHESTER B. SCHOLL, JR., counsel for the Debtors, RICHARD C. DYE and SANDRA L. DYE, and hereby declares under penalty of perjury that:

1. I have reviewed the existing Chapter 13 Plan of the Debtors, RICHARD C. DYE and SANDRA L. DYE, in connection with the above-captioned proceeding; and

2. I have recomputed the plan payment in this matter in accordance with the change in the post-petition monthly mortgage payment with JPMorgan Chase Bank, N.A.; and

3. I have determined that the existing plan payment is sufficient to fund the Chapter 13 Plan even with the change in the post-petition monthly mortgage payment to Wells Fargo Bank, N.A.

    The new post-petition monthly payment payable to JPMorgan Chase Bank, N.A., is $1,120.99 effective with the payment due June 1, 2017, as per the Notice dated May 11, 2017.

    Respectfully submitted,

    /s/ Chester B. Scholl, Jr.
    CHESTER B. SCHOLL, JR., ESQ.
    Attorney for Debtor
    32 Shenango Ave., P.O. Box 673
    Sharon, PA 16146
    Office: 724-981-4800
    Fax: 724-981-5376
    Email: cbs@fdgs-law.com
    PA ID 19948

Dated: May 17, 2017