**Phelan Hallinan Diamond & Jones, LLP**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. S/B/M CHASE HOME FINANCE LLC, S/B/M TO CHASE MANHATTAN MORTGAGE CORPORATION<br>*Movant*<br><br>v.<br><br>MARILYN GARCIA<br>*Debtor* | Chapter 13<br><br>Case No. 14-10314 TPA |

## ENTRY AND WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Michael Dingerdissen, Esquire on behalf of the Movant, JPMORGAN CHASE BANK, N.A. S/B/M CHASE HOME FINANCE LLC, S/B/M TO CHASE MANHATTAN MORTGAGE CORPORATION in the above captioned case. Kindly enter the appearance of Andrew Spivack of Phelan Hallinan Diamond & Jones, LLP on behalf of the Plaintiff, JPMORGAN CHASE BANK, N.A. S/B/M CHASE HOME FINANCE LLC, S/B/M TO CHASE MANHATTAN MORTGAGE CORPORATION in the above-captioned matter.

/s/ Michael Dingerdissen, Esquire
Michael Dingerdissen, Esq., Id. No.317124

/s/ Andrew L. Spivack, Esquire
Andrew L. Spivack, Esq., Id. No.84439
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31629
Fax Number: 215-568-7616
Email: Andrew.spivack@phelanhallinan.com

August 31, 2017

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A. S/B/M CHASE HOME FINANCE LLC, S/B/M TO CHASE MANHATTAN MORTGAGE CORPORATION** <br> *Movant* <br><br> v. <br><br> MARILYN GARCIA <br> *Debtor* | Chapter 13 <br><br> Case No. 14-10314 TPA |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2017, I caused to be mailed a true and correct copy of the Movant's Praecipe to Withdraw the NOTICE OF APPEARANCE to the interested parties listed below by First Class Mail or by electronic means.

RONDA J. WINNERCOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

CHESTER B. SCHOLL, JR.
32 SHENANGO AVENUE
P.O. BOX 673
SHARON, PA 16146-0673

RICHARD C. DYE
30 AYLESWORTH WAY
GROVE CITY, PA 16127

SANDRA L. DYE
30 AYLESWORTH WAY
GROVE CITY, PA 16127

/s/ Andrew L. Spivack, Esquire
Andrew L. Spivack, Esq., Id. No.84439
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31629
Fax Number: 215-568-7616
Email: Andrew.spivack@phelanhallinan.com