**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| RICHARD C DYE | Case No. 14-10314TPA |
| SANDRA L DYE | |
|       Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
|       Movant | |
| vs. | Document No __ |
| JPMORGAN CHASE BANK NA | |
|       Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| JPMORGAN CHASE BANK NA<br>NATIONAL PAYMENT SVCS<br>POB 24785<br>MC OH4-7164<br>COLUMBUS, OH 43224-0785 | Court claim# 11/Trustee CID# 4 |

The Movant further certifies that on 07/24/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| | RONDA J WINNECOUR PA ID #30399 |
| | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| cc: debtor(s) | SUITE 3250 US STEEL TWR |
|     original creditor | PITTSBURGH, PA  15219 |
|     putative creditor | (412) 471-5566 |
|     counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
|     counsel for the creditor(s) (if known) | |

| | |
|---|---|
| DEBTOR(S):<br>RICHARD C DYE, SANDRA L DYE, 30 AYLESWORTH WAY, GROVE CITY, PA 16127 | DEBTOR'S COUNSEL:<br>CHESTER B SCHOLL JR ESQ, FRUIT DILL GOODWIN & SCHOLL, 32 SHENANGO AVE, POB 673, SHARON, PA  16146 |
| ORIGINAL CREDITOR:<br>JPMORGAN CHASE BANK NA, NATIONAL PAYMENT SVCS, POB 24785, MC OH4-7164, COLUMBUS, OH  43224-0785 | :<br>CHASE RECORDS CENTER**, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LN, MONROE, LA  71203 |
| ORIGINAL CREDITOR'S COUNSEL:<br>ANDREW F GORNALL ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | |
| NEW CREDITOR: | |