SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:    1. *Intake Clerk* *

       2. *Case Administrator*

UC

FROM:  *Financial Administrator*

DATE: 4/30/19

CASE NAME: Richard C. & Sandra L. Dye

CASE NUMBER: 14-10314-TPA

Check Number 1115081 in the amount of $ 1586.16 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 15527      Intake Clerk's Initials MF

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA 15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
04/30/2019

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA 15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: RICHARD C DYE
SANDRA L DYE
Case No: 14-10314TPA

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Jpmorgan Chase Bank Na
National Payment Services
Pob 24785
Columbus,OH 43224-0785

CHECK NUMBER 1115081      AMOUNT $1586.16

   The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Rosa Richard
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:CHESTER B SCHOLL JR ESQ
RICHARD C DYE
SANDRA L DYE
Jpmorgan Chase Bank Na