**Form 300a**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Richard C. Dye** | : | Case No. 14−10314−TPA |
| **Sandra L. Dye** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 100 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/10/19 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION


      *AND NOW*, this *The 1st of May, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 100 , by the Chapter 13 Trustee

      It is hereby *ORDERED, ADJUDGED and DECREED* that:

      (1)  *On or before June 17, 2019*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

      (2)  This *Motion* is scheduled for hearing on *July 10, 2019 at 12:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

      (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                    Case No. 14-10314-TPA
Richard C. Dye                                            Chapter 13
Sandra L. Dye
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar          Page 1 of 2          Date Rcvd: May 01, 2019
                              Form ID: 300a       Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db/jdb      +Richard C. Dye,    Sandra L. Dye,    30 Aylesworth Way,    Grove City, PA 16127-3814
13813331    +AMEX,   P.O. BOX 981537,    EL PASO, TX 79998-1537
13876504     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13813333     BARCLAYSBK,    PO BOX 8803ATT: CREDIT BUREAU,    ATT: CREDIT BUREAU,    WILMINGTON, DE 19899
13813338    +CHASE,    201 N. WALNUT ST//DEL-1027,    WILMINGTON, DE 19801-2920
13813337     CHASE,    PO BOX 24696,    COLUMBUS, OH 43224-0696
13813339    +CITI,    701 E 60TH ST BIBS CDV DISPUTES,    IBS CDV DISPUTES,    SIOUX FALLS, SD 57104-0432
13813340    +CITI/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
13813341    +DFS/WEBBK,    PO BOX 81607,    AUSTIN, TX 78708-1607
13813342     DISCOVR CD,    PO BOX15316ATT:CMS/PROD DEVELOP,    ATT:CMS/PROD DEVELOP,
              WILMINGTON, DE 19850-5316
13813350     HNB IND,    PO BOX 1558DEPT EA4W25,    DEPT EA4W25,    COLUMBUS, OH 43216-1558
13813352    +JPM CHASE,    PO BOX 24696,    COLUMBUS, OH 43224-0696
13906948    +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    ATTN:CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,
              700 KANSAS LANE,    MONROE, LA 71203-4774
13902267    +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
              700 Kansas Lane,    Monroe, LA 71203-4774
14008097    +Michael Dingerdissen, Esquire,    Phelan Hallinan Diamond & Jones, LLP,
              Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
13813354     PA ST CU,    1 CREDIT UNION PLACE,    HARRISBURG, PA 17110-2912
13813355    +SEARS/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
13813356    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK,    425 WALNUT STREET,    CINCINNATI, OH 45202)
13813359     ZALES/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/PDF: rmscedi@recoverycorp.com May 02 2019 03:28:55
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
              Miami, FL  33131-1605
13866741    +E-mail/Text: bncmail@w-legal.com May 02 2019 03:36:58     ALTAIR OH XIII, LLC,
              C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13813334    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 02 2019 03:28:48    CAP1/BOSCV,
              PO BOX 5253,    CAROL STREAM, IL 60197-5253
13813335     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:35:47     CB/ANNTYLR,
              PO BOX 182273,    COLUMBUS, OH 43218-2273
13813336     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:35:48     CB/ATYLRMC,
              PO BOX 182273,    COLUMBUS, OH 43218-2273
13877033    +E-mail/Text: bncmail@w-legal.com May 02 2019 03:36:58     CERASTES, LLC,
              C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13818405     E-mail/Text: mrdiscen@discover.com May 02 2019 03:35:18     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13813343    +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:28:40     GECRB/AMEG,    4125 WINDWARD PLAZA,
              ALPHARETTA, GA 30005-8738
13813344     E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:28:40     GECRB/CUSC,    C/O P.O. BOX 965036,
              ORLANDO, FL 32896-5036
13813345    +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:28:40     GECRB/JCP,    4125 WINDWARD PLAZA,
              ALPHARETTA, GA 30005-8738
13813346     E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:28:40     GECRB/KINE,    C/O P.O. BOX 965036,
              ORLANDO, FL 32896-5036
13813347    +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:30:02     GECRB/QVC,    4125 WINDWARD PLAZA,
              ALPHARETTA, GA 30005-8738
13813348    +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:31:33     GECRB/SAMS,    4125 WINDWARD PLAZA,
              ALPHARETTA, GA 30005-8738
13813349    +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:31:33     GECRB/WLMT,    4125 WINDWARD PLAZA,
              ALPHARETTA, GA 30005-8738
13813351     E-mail/Text: bankruptcy@huntington.com May 02 2019 03:36:34     HUNTINGTON NATIONAL BANK,
              PO BOX 1558,    DEPT EA4W25,    COLUMBUS, OH 43216-1558
13817558    +E-mail/Text: bankruptcy@huntington.com May 02 2019 03:36:34     Huntington National Bank,
              P O Box 89424,    Cleveland OH 44101-6424
13813353     E-mail/Text: bncnotices@becket-lee.com May 02 2019 03:35:25     KOHLS/CAP1,    PO BOX 3115,
              MILWAUKEE, WI 53201-3115
13876526     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 03:28:52
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13853140     E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:35:59
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13851251     E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:35:59
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13820909     E-mail/PDF: rmscedi@recoverycorp.com May 02 2019 03:31:48
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                          TOTAL: 21
```

```
District/off: 0315-1          User: jmar              Page 2 of 2            Date Rcvd: May 01, 2019
                             Form ID: 300a             Total Noticed: 40


         ***** BYPASSED RECIPIENTS (continued) *****

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr              JPMorgan Chase Bank, N.A., et. al.
cr              U.S. Bank, N.A.
13813332*      +AMEX,   P.O. BOX 981537,   EL PASO, TX 79998-1537
13813357*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US BANK,   CB DISPUTESPO BOX 108,   PO BOX 108,
               ST LOUIS, MO 63166)
13822274*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
13813358*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: USBANK,   425 WALNUT ST,   CINCINNATI, OH 45202)
13813360*      ZALES/CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
                                                          TOTALS: 3, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
         Andrew L. Spivack    on behalf of Creditor    JPMorgan Chase Bank, N.A., et. al. pawb@fedphe.com
         Chester B. Scholl, Jr.   on behalf of Joint Debtor Sandra L. Dye scholl@scholl.org,
          wendy@fdgs-law.com
         Chester B. Scholl, Jr.   on behalf of Debtor Richard C. Dye scholl@scholl.org,  wendy@fdgs-law.com
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
         James P. Valecko    on behalf of Creditor    U.S. Bank, N.A. jvalecko@weltman.com,
          PitEcf@weltman.com
         Joseph P. Schalk    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. jschalk@barley.com,
          sromig@barley.com
         Michael Frederick Dingerdissen    on behalf of Creditor    JPMorgan Chase Bank, N.A., et. al.
          pawb@fedphe.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 10
```