### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    RICHARD C DYE
    SANDRA L DYE
          Debtor(s)

    Ronda J. Winnecour
    Chapter 13 Trustee,
          Movant
          vs.
    No Respondents.

Case No.:14-10314 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2019

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/16/2014  and confirmed on 8/11/14 .  The case was subsequently         Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 125,630.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 125,630.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 5,138.32 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,138.32 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| JPMORGAN CHASE BANK | 52,426.01 | 52,426.01 | 0.00 | 52,426.01 |
| Acct: 3806 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 8,988.24 | 0.00 | 8,988.24 |
| Acct: 9990 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 0.00 | 23,299.20 | 0.00 | 23,299.20 |
| Acct: 5837 | | | | |
| US BANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX7627 | | | | |
| | | | | 84,713.45 |
| **Priority** | | | | |
| CHESTER B SCHOLL JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD C DYE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRUIT DILL GOODWIN & SCHOLL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 1,586.16 | 1,586.16 | 0.00 | 1,586.16 |
| Acct: XXXXXXXXXXXXXXXXXXK NA | | | | |
| | | | | 1,586.16 |
| **Unsecured** | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 6,066.75 | 1,641.08 | 0.00 | 1,641.08 |
| Acct: 2401 | | | | |
| AMERICAN EXPRESS BANK FSB | 12,285.72 | 3,323.32 | 0.00 | 3,323.32 |
| Acct: 1005 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8983 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7111 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1742 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5304 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5760 | | | | |
| CERASTES LLC | 6,330.84 | 1,712.51 | 0.00 | 1,712.51 |
| Acct: 6199 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4152 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5587 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4476 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 853.26 | 230.81 | 0.00 | 230.81 |
| Acct: 6110 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1893 | | | | |
| ALTAIR OH XIII LLC | 14,944.85 | 4,042.62 | 0.00 | 4,042.62 |
| Acct: 4338 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2599 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2694 | | | | |
| DISCOVER BANK(*) | 5,267.31 | 1,424.82 | 0.00 | 1,424.82 |
| Acct: 9800 | | | | |
| AMERICAN EAGLE OUTFITTER/GECC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1054 | | | | |
| GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2205 | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6114 | | | | |
| GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0213 | | | | |
| GECC/ QVC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9914 | | | | |
| GEMB/WALMART DC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4074 | | | | |
| HNB IND | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5837 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7812 | | | | |
| PA STATE EMPLOYEES CRDT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0009 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5454 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5878 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 10,587.66 | 2,863.99 | 0.00 | 2,863.99 |
| Acct: 8424 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 7,711.17 | 2,085.89 | 0.00 | 2,085.89 |
| Acct: 8408 | | | | |
| US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4430 | | | | |
| ZALES/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8404 | | | | |
| ZALES/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7761 | | | | |
| US BANK NA** | 62,354.39 | 16,867.03 | 0.00 | 16,867.03 |
| Acct: XXXXX7627 | | | | |
| | | | | 34,192.07 |

TOTAL PAID TO CREDITORS                                                                    120,491.68

| TOTAL | |
|---|---|
| CLAIMED | 1,586.16 |
| PRIORITY | 52,426.01 |
| SECURED | 126,401.95 |

Date: 04/26/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RICHARD C DYE
    SANDRA L DYE
          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:14-10314 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 14-10314-TPA
Richard C. Dye                                                   Chapter 13
Sandra L. Dye
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar          Page 1 of 2          Date Rcvd: May 01, 2019
                             Form ID: pdf900      Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db/jdb          +Richard C. Dye,    Sandra L. Dye,    30 Aylesworth Way,    Grove City, PA 16127-3814
13813331        +AMEX,    P.O. BOX 981537,    EL PASO, TX 79998-1537
13876504         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13813333         BARCLAYSBK,    PO BOX 8803ATT: CREDIT BUREAU,    ATT: CREDIT BUREAU,    WILMINGTON, DE 19899
13813338        +CHASE,    201 N. WALNUT ST//DE1-1027,    WILMINGTON, DE 19801-2920
13813337         CHASE,    PO BOX 24696,    COLUMBUS, OH 43224-0696
13813339        +CITI,    701 E 60TH ST BIBS CDV DISPUTES,    IBS CDV DISPUTES,    SIOUX FALLS, SD 57104-0432
13813340        +CITI/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
13813341        +DFS/WEBBK,    PO BOX 81607,    AUSTIN, TX 78708-1607
13813342         DISCOVR CD,    PO BOX15316ATT:CMS/PROD DEVELOP,    ATT:CMS/PROD DEVELOP,
                  WILMINGTON, DE 19850-5316
13813350         HNB IND,    PO BOX 1558DEPT EA4W25,    DEPT EA4W25,    COLUMBUS, OH 43216-1558
13813352        +JPM CHASE,    PO BOX 24696,    COLUMBUS, OH 43224-0696
13906948        +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    ATTN:CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,
                  700 KANSAS LANE,    MONROE, LA 71203-4774
13902267        +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                  700 Kansas Lane,    Monroe, LA 71203-4774
14008097        +Michael Dingerdissen, Esquire,    Phelan Hallinan Diamond & Jones, LLP,
                  Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
13813354         PA ST CU,    1 CREDIT UNION PLACE,    HARRISBURG, PA 17110-2912
13813355        +SEARS/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
13813356       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US BANK,    425 WALNUT STREET,    CINCINNATI, OH 45202)
13813359         ZALES/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/PDF: rmscedi@recoverycorp.com May 02 2019 03:30:21
                  Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                  Miami, FL  33131-1605
13866741        +E-mail/Text: bncmail@w-legal.com May 02 2019 03:36:58     ALTAIR OH XIII, LLC,
                  C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13813334        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 02 2019 03:30:14     CAP1/BOSCV,
                  PO BOX 5253,    CAROL STREAM, IL 60197-5253
13813335         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:35:53     CB/ANNTYLR,
                  PO BOX 182273,    COLUMBUS, OH 43218-2273
13813336         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:35:53     CB/ATYLRMC,
                  PO BOX 182273,    COLUMBUS, OH 43218-2273
13877033        +E-mail/Text: bncmail@w-legal.com May 02 2019 03:36:58     CERASTES, LLC,
                  C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13818405         E-mail/Text: mrdiscen@discover.com May 02 2019 03:35:18     Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13813343        +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:30:09     GECRB/AMEG,    4125 WINDWARD PLAZA,
                  ALPHARETTA, GA 30005-8738
13813344         E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:30:09     GECRB/CUSC,    C/O P.O. BOX 965036,
                  ORLANDO, FL 32896-5036
13813345        +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:30:09     GECRB/JCP,    4125 WINDWARD PLAZA,
                  ALPHARETTA, GA 30005-8738
13813346         E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:30:09     GECRB/KINE,    C/O P.O. BOX 965036,
                  ORLANDO, FL 32896-5036
13813347        +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:30:09     GECRB/QVC,    4125 WINDWARD PLAZA,
                  ALPHARETTA, GA 30005-8738
13813348        +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:30:10     GECRB/SAMS,    4125 WINDWARD PLAZA,
                  ALPHARETTA, GA 30005-8738
13813349        +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:30:09     GECRB/WLMT,    4125 WINDWARD PLAZA,
                  ALPHARETTA, GA 30005-8738
13813351         E-mail/Text: bankruptcy@huntington.com May 02 2019 03:36:35     HUNTINGTON NATIONAL BANK,
                  PO BOX 1558,    DEPT EA4W25,    COLUMBUS, OH 43216-1558
13817558        +E-mail/Text: bankruptcy@huntington.com May 02 2019 03:36:35     Huntington National Bank,
                  P O Box 89424,    Cleveland OH 44101-6424
13813353         E-mail/Text: bncnotices@becket-lee.com May 02 2019 03:35:30     KOHLS/CAP1,    PO BOX 3115,
                  MILWAUKEE, WI 53201-3115
13876526         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 03:28:53
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13853140         E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:36:05
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13851251         E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:36:05
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13820909         E-mail/PDF: rmscedi@recoverycorp.com May 02 2019 03:31:49
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 21
```

```
District/off: 0315-1          User: jmar          Page 2 of 2          Date Rcvd: May 01, 2019
                              Form ID: pdf900      Total Noticed: 40
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMORGAN CHASE BANK, N.A.
cr             JPMorgan Chase Bank, N.A., et. al.
cr             U.S. Bank, N.A.
13813332*    +AMEX,   P.O. BOX 981537,   EL PASO, TX 79998-1537
13813357*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US BANK,   CB DISPUTESPO BOX 108,   PO BOX 108,
               ST LOUIS, MO 63166)
13822274*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
13813358*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: USBANK,   425 WALNUT ST,   CINCINNATI, OH 45202)
13813360*      ZALES/CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
                                                              TOTALS: 3, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
     Andrew F Gornall    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
     Andrew L. Spivack    on behalf of Creditor   JPMorgan Chase Bank, N.A., et. al. pawb@fedphe.com
     Chester B. Scholl, Jr.   on behalf of Joint Debtor Sandra L. Dye scholl@scholl.org,
      wendy@fdgs-law.com
     Chester B. Scholl, Jr.   on behalf of Debtor Richard C. Dye scholl@scholl.org,  wendy@fdgs-law.com
     James Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
     James P. Valecko    on behalf of Creditor   U.S. Bank, N.A. jvalecko@weltman.com,
      PitEcf@weltman.com
     Joseph P. Schalk    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. jschalk@barley.com,
      sromig@barley.com
     Michael Frederick Dingerdissen   on behalf of Creditor   JPMorgan Chase Bank, N.A., et. al.
      pawb@fedphe.com
     Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                              TOTAL: 10
```