IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Richard C. Dye | : | Case No. 14-10314-TPA |
| Sandra L. Dye | : | Chapter 13 |
|    Debtors | : | |
| | : | Document No.: _____ |
| Richard C. Dye | : | |
| Sandra L. Dye | : | Related to Document No. _____ |
|    Movants | : | |
| | : | |
|    v. | : | |
| | : | |
| No Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 30, 2014, at docket number 53, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: June 10, 2019                                  Respectfully submitted,

                                                                      */s/ Chester B. Scholl, Jr.*
                                                                      CHESTER B. SCHOLL, JR., ESQ.
                                                                      Attorney for Debtor
                                                                      32 Shenango Ave., P.O. Box 673
                                                                      Sharon, PA 16146
                                                                      Office:  724-981-4800
                                                                      Fax:  724-981-5376
                                                                      Email:  cbs@fdgs-law.com
                                                                      PA ID 19948

**PAWB Local Form 24 (07/13)**