**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/18/19 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
 RICHARD C DYE
 SANDRA L DYE
   Debtor(s)

 Ronda J. Winnecour
   Movant
  vs.
 No Repondents.

Case No.:14-10314 TPA

Chapter 13

Document No.: 100

ORDER OF COURT

AND NOW, this ___18th___ day of ___June___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

 (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

 (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

 (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

 (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

 (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

 (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE  jlm

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                              Case No. 14-10314-TPA
Richard C. Dye                                                      Chapter 13
Sandra L. Dye
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-1           User: culy                  Page 1 of 2                  Date Rcvd: Jun 18, 2019
                               Form ID: pdf900             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db/jdb         +Richard C. Dye,    Sandra L. Dye,    30 Aylesworth Way,    Grove City, PA 16127-3814
13813331       +AMEX,    P.O. BOX 981537,    EL PASO, TX 79998-1537
13876504        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13813333        BARCLAYSBK,    PO BOX 8803ATT: CREDIT BUREAU,    ATT: CREDIT BUREAU,    WILMINGTON, DE 19899
13813338       +CHASE,    201 N. WALNUT ST//DE1-1027,    WILMINGTON, DE 19801-2920
13813337        CHASE,    PO BOX 24696,    COLUMBUS, OH 43224-0696
13813339       +CITI,    701 E 60TH ST BIBS CDV DISPUTES,    IBS CDV DISPUTES,    SIOUX FALLS, SD 57104-0432
13813340       +CITI/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
13813341       +DFS/WEBBK,    PO BOX 81607,    AUSTIN, TX 78708-1607
13813342        DISCOVR CD,    PO BOX15316ATT:CMS/PROD DEVELOP,    ATT:CMS/PROD DEVELOP,
                 WILMINGTON, DE 19850-5316
13813350        HNB IND,    PO BOX 1558DEPT EA4W25,    DEPT EA4W25,    COLUMBUS, OH 43216-1558
13813352       +JPM CHASE,    PO BOX 24696,    COLUMBUS, OH 43224-0696
13906948       +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    ATTN:CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,
                 700 KANSAS LANE,    MONROE, LA 71203-4774
13902267       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 700 Kansas Lane,    Monroe, LA 71203-4774
14008097       +Michael Dingerdissen, Esquire,    Phelan Hallinan Diamond & Jones, LLP,
                 Omni William Penn Office Tower,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
13813354        PA ST CU,    1 CREDIT UNION PLACE,    HARRISBURG, PA 17110-2912
13813355       +SEARS/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
13813356       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US BANK,    425 WALNUT STREET,    CINCINNATI, OH 45202)
13813359        ZALES/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jun 19 2019 02:55:52
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13866741       +E-mail/Text: bncmail@w-legal.com Jun 19 2019 02:48:45     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13813334       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2019 02:56:10     CAP1/BOSCV,
                 PO BOX 5253,    CAROL STREAM, IL 60197-5253
13813335        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2019 02:48:00     CB/ANNTYLR,
                 PO BOX 182273,    COLUMBUS, OH 43218-2273
13813336        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2019 02:48:00     CB/ATYLRMC,
                 PO BOX 182273,    COLUMBUS, OH 43218-2273
13877033       +E-mail/Text: bncmail@w-legal.com Jun 19 2019 02:48:45     CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13818405        E-mail/Text: mrdiscen@discover.com Jun 19 2019 02:47:43     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13813343       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 02:56:30     GECRB/AMEG,    4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
13813344        E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 02:56:29     GECRB/CUSC,    C/O P.O. BOX 965036,
                 ORLANDO, FL 32896-5036
13813345       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 02:56:07     GECRB/JCP,    4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
13813346        E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 02:56:06     GECRB/KINE,    C/O P.O. BOX 965036,
                 ORLANDO, FL 32896-5036
13813347       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 02:55:45     GECRB/QVC,    4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
13813348       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 02:56:31     GECRB/SAMS,    4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
13813349       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 02:56:32     GECRB/WLMT,    4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
13813351        E-mail/Text: bankruptcy@huntington.com Jun 19 2019 02:48:29     HUNTINGTON NATIONAL BANK,
                 PO BOX 1558,    DEPT EA4W25,    COLUMBUS, OH 43216-1558
13817558       +E-mail/Text: bankruptcy@huntington.com Jun 19 2019 02:48:29     Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
13813353        E-mail/Text: bncnotices@becket-lee.com Jun 19 2019 02:47:48     KOHLS/CAP1,    PO BOX 3115,
                 MILWAUKEE, WI 53201-3115
13876526        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2019 02:56:38
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13853140        E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2019 02:48:08
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13851251        E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2019 02:48:08
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13820909        E-mail/PDF: rmscedi@recoverycorp.com Jun 19 2019 02:55:52
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 21
```

```
District/off: 0315-1           User: culy                  Page 2 of 2                  Date Rcvd: Jun 18, 2019
                               Form ID: pdf900             Total Noticed: 40


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr              JPMorgan Chase Bank, N.A.
cr              JPMorgan Chase Bank, N.A., et. al.
cr              U.S. Bank, N.A.
13813332*      +AMEX,    P.O. BOX 981537,    EL PASO, TX 79998-1537
13813357*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US BANK,    CB DISPUTESPO BOX 108,    PO BOX 108,
                   ST LOUIS, MO 63166)
13822274*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                   CINCINNATI, OH 45201-5229)
13813358*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: USBANK,    425 WALNUT ST,    CINCINNATI, OH 45202)
13813360*       ZALES/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
                                                                                           TOTALS: 4, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              Andrew L. Spivack    on behalf of Creditor    JPMorgan Chase Bank, N.A., et. al. pawb@fedphe.com
              Chester B. Scholl, Jr.    on behalf of Joint Debtor Sandra L. Dye scholl@scholl.org,
               wendy@fdgs-law.com
              Chester B. Scholl, Jr.    on behalf of Debtor Richard C. Dye scholl@scholl.org,   wendy@fdgs-law.com
              James   Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    U.S. Bank, N.A. jvalecko@weltman.com,
               PitEcf@weltman.com
              Jerome B. Blank    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. jschalk@barley.com,
               sromig@barley.com
              Michael Frederick Dingerdissen    on behalf of Creditor    JPMorgan Chase Bank, N.A., et. al.
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```